JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., ) | Case No. CV12-6527 DSF (VBKx) |
| Plaintiff, ) | CONSENT DECREE AND PERMANENT  INJUNCTION |
| v. ) | |
| Bruce Thompson, an individual and d/b/a ) as Amazon.com Seller Bookpops and ) Does 1-10, inclusive, ) | |
| Defendants. ) | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Bruce Thompson, an individual and d/b/a as Amazon.com Seller Bookpops ("Defendant"), in this action, and good cause appearing,

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

        a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

        b)      Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

        c)      Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of

any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)   Each side shall bear its own fees and costs of suit.

6)   Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)   This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)   The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)   The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)   The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11)   This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:    1/29/13

_____
Hon. Dale S. Fischer
United States District Judge

# COPYRIGHT REGISTRATIONS

| Copyright Reg. No. | Title | Copyright Claimant |
|---|---|---|
| PA 1-603-574 | Harold and Kumar Escape from Guantanamo Bay | New Line Productions, Inc. |
| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE | Warner Bros. Entertainment Inc. |
| PAu 1-527-834 | I Remember Mama | RKO Pictures, Inc. |
| PAu 1-422-009 | Waterloo Bridge | Turner Entertainment Co. |
| | CHUCK: Season Five | |
| PA 1-800-005 | CHUCK: Chuck Versus The Zoom | Warner Bros. Entertainment Inc. |
| PA 1-800-007 | CHUCK: Chuck Versus The Goodbye | Warner Bros. Entertainment Inc. |
| | ENTOURAGE: Season Eight | |
| PA 1-751-680 | ENTOURAGE: Home Sweet Home | Home Box Office, Inc. |
| PA 1-751-679 | ENTOURAGE: Out With A Bang | Home Box Office, Inc. |
| PA 1-759-114 | ENTOURAGE: One Last Shot | Home Box Office, Inc. |
| PA 1-759-119 | ENTOURAGE: Whiz Kid | Home Box Office, Inc. |
| PA 1-759-118 | ENTOURAGE: Motherf*cker | Home Box Office, Inc. |
| PA 1-764-686 | ENTOURAGE: The Big Bang | Home Box Office, Inc. |
| PA 1-765-845 | ENTOURAGE: Second To Last | Home Box Office, Inc. |
| PA 1-765-833 | ENTOURAGE: The End | Home Box Office, Inc. |
| | GOSSIP GIRL: Season Four | |
| PA 1-798-788 | GOSSIP GIRL: Belles De Jour | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-808 | GOSSIP GIRL: Double Identity | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-791 | GOSSIP GIRL: The Undergraduates | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-782 | GOSSIP GIRL: Touch Of Eva | Warner Bros. Entertainment Inc.; CBS Studios Inc. |

| PA 1-798-779 | GOSSIP GIRL: Goodbye, Columbia | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
|---|---|---|
| PA 1-798-796 | GOSSIP GIRL: Easy J | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-800 | GOSSIP GIRL: War At The Roses | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-805 | GOSSIP GIRL: Juliet Doesn't Live Here Anymore | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-776 | GOSSIP GIRL: The Witches Of Bushwick | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-706 | GOSSIP GIRL: Gaslit | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-803 | GOSSIP GIRL: The Townie | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-675 | GOSSIP GIRL: The Kids Are Not All Right | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-813 | GOSSIP GIRL: Damien Darko | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-793 | GOSSIP GIRL: Panic Roommate | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-778 | GOSSIP GIRL: It-Girl Happened One Night | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-700 | GOSSIP GIRL: While You Weren't Sleeping | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-784 | GOSSIP GIRL: Empire of The Son | Warner Bros. Entertainment Inc.; CBS Studios Inc. |

| PA 1-798-783 | GOSSIP GIRL: The Kids Stay In The Picture | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
|---|---|---|
| PA 1-798-694 | GOSSIP GIRL: Petty In Pink | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-660 | GOSSIP GIRL: The Princess And The Frog | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-713 | GOSSIP GIRL: Shattered Bass | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-789 | GOSSIP GIRL: The Wrong Goodbye | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| | ONE TREE HILL: Season Eight | |
| PA 1-798-611 | ONE TREE HILL: Asleep At Heaven's Gate | Warner Bros. Entertainment Inc. |
| PA 1-798-612 | ONE TREE HILL: I Can't See You, But I Know You're There | Warner Bros. Entertainment Inc. |
| PA 1-798-613 | ONE TREE HILL: The Space In Between | Warner Bros. Entertainment Inc. |
| PA 1-798-616 | ONE TREE HILL: We All Fall Down | Warner Bros. Entertainment Inc. |
| PA 1-798-631 | ONE TREE HILL: Nobody Taught Us To Quit | Warner Bros. Entertainment Inc. |
| PA 1-798-649 | ONE TREE HILL: Not Afraid | Warner Bros. Entertainment Inc. |
| PA 1-798-658 | ONE TREE HILL: Luck Be A Lady | Warner Bros. Entertainment Inc. |
| PA 1-798-664 | ONE TREE HILL: Mouthful Of Diamonds | Warner Bros. Entertainment Inc. |
| PA 1-798-676 | ONE TREE HILL: Between Raising Hell And Amazing Grace | Warner Bros. Entertainment Inc. |
| PA 1-798-689 | ONE TREE HILL: Lists, Plans | Warner Bros. Entertainment Inc. |
| PA 1-798-714 | ONE TREE HILL: Darkness On The Edge Of Town | Warner Bros. Entertainment Inc. |
| PA 1-798-720 | ONE TREE HILL: The Drinks We Drank Last Night | Warner Bros. Entertainment Inc. |

| PA 1-798-727 | ONE TREE HILL: The Other Half Of Me | Warner Bros. Entertainment Inc. |
|---|---|---|
| PA 1-798-740 | ONE TREE HILL: Holding Out For A Hero | Warner Bros. Entertainment Inc. |
| PA 1-798-741 | ONE TREE HILL: Valentine's Day Is Over | Warner Bros. Entertainment Inc. |
| PA 1-798-742 | ONE TREE HILL: I Think I'm Gonna Like It Here | Warner Bros. Entertainment Inc. |
| PA 1-798-743 | ONE TREE HILL: The Smoker You Drink, The Player You Get | Warner Bros. Entertainment Inc. |
| PA 1-798-744 | ONE TREE HILL: Quiet Little Voices | Warner Bros. Entertainment Inc. |
| PA 1-798-745 | ONE TREE HILL: Where Not To Look For Freedom | Warner Bros. Entertainment Inc. |
| PA 1-798-747 | ONE TREE HILL: The Man Who Sailed Around His Soul | Warner Bros. Entertainment Inc. |
| PA 1-798-771 | ONE TREE HILL: Flightless Bird, American Mouth | Warner Bros. Entertainment Inc. |
| PA 1-798-772 | ONE TREE HILL: This Is My House, This Is My Home | Warner Bros. Entertainment Inc. |
| | ONE TREE HILL: Season Nine | |
| PA 1-798-781 | ONE TREE HILL: Know This, We've Noticed | Warner Bros. Entertainment Inc. |
| PA 1-798-785 | ONE TREE HILL: In The Room Where You Sleep | Warner Bros. Entertainment Inc. |
| PA 1-799-110 | ONE TREE HILL: Love The Way You Lie | Warner Bros. Entertainment Inc. |
| PA 1-798-806 | ONE TREE HILL: Don't You Want To Share The Guilt? | Warner Bros. Entertainment Inc. |
| PA 1-798-814 | ONE TREE HILL: The Killing Moon | Warner Bros. Entertainment Inc. |
| PA 1-798-826 | ONE TREE HILL: Catastrophe And The Cure | Warner Bros. Entertainment Inc. |
| PA 1-798-827 | ONE TREE HILL: Last Known Surroundings | Warner Bros. Entertainment Inc. |
| PA 1-798-828 | ONE TREE HILL: A Rush Of Blood To The Head | Warner Bros. Entertainment Inc. |
| PA 1-798-830 | ONE TREE HILL: Every Breath Is A Bomb | Warner Bros. Entertainment Inc. |
| PA 1-798-831 | ONE TREE HILL: Hardcore Will Never Die, But You Will | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| PA 1-798-833 | ONE TREE HILL: Danny Boy | Warner Bros. Entertainment Inc. |
| PA 1-798-842 | ONE TREE HILL: Anyone Who Had A Heart | Warner Bros. Entertainment Inc. |
| PA 1-798-847 | ONE TREE HILL: One Tree Hill | Warner Bros. Entertainment Inc. |
| | SEX AND THE CITY: Season 5 | |
| PA 1-097-095 | SEX AND THE CITY: Anchors Away | Home Box Office, Inc. |
| PA 1-097-096 | SEX AND THE CITY: Unoriginal Sin | Home Box Office, Inc. |
| PA 1-097-097 | SEX AND THE CITY: Luck Be an Old Lady | Home Box Office, Inc. |
| PA 1-085-802 | SEX AND THE CITY: Cover Girl | Home Box Office, Inc. |
| PA 1-097-098 | SEX AND THE CITY: Plus One is the Loneliest Number | Home Box Office, Inc. |
| PA 1-097-099 | SEX AND THE CITY: Critical Condition | Home Box Office, Inc. |
| PA 1-097-100 | SEX AND THE CITY: The Big Journey | Home Box Office, Inc. |
| PA 1-110-350 | SEX AND THE CITY: I Love a Charade | Home Box Office, Inc. |
| | SEX AND THE CITY: Season 6 | |
| Pau2-814-969 | SEX AND THE CITY: To Market, To Market | Home Box Office, Inc. |
| PAu2-814-970 | SEX AND THE CITY: Great Sexpectations | Home Box Office, Inc. |
| PA 1-188-085 | SEX AND THE CITY: The Perfect Present | Home Box Office, Inc. |
| PA 1-188-053 | SEX AND THE CITY: Pick A-Little Talk-A-Little | Home Box Office, Inc. |
| PAu2-787-343 | SEX AND THE CITY:  Lights Camera Relationship! | Home Box Office, Inc. |
| PAu2-787-324 | SEX AND THE CITY: Hop Skip and a Week | Home Box Office, Inc. |
| PA 1-190-940 | SEX AND THE CITY: The Post-It Always Sticks Twice | Home Box Office, Inc. |
| PA 1-190-939 | SEX AND THE CITY: The Catch | Home Box Office, Inc. |
| PA 1-190-931 | SEX AND THE CITY: A Woman s Right to Shoes | Home Box Office, Inc. |
| PA 1-201-677 | SEX AND THE CITY:  Boy, Interrupted | Home Box Office, Inc. |
| PA 1-201-681 | SEX AND THE CITY: The Domino Effect | Home Box Office, Inc. |
| PA 1-199-423 | SEX AND THE CITY: One | Home Box Office, Inc. |
| PA 1-214-042 | SEX AND THE CITY: Let There Be Light | Home Box Office, Inc. |
| PA 1-214-043 | SEX AND THE CITY: The Ick Factor | Home Box Office, Inc. |
| PA 1-214-044 | SEX AND THE CITY: Catch-38 | Home Box Office, Inc. |
| PA 1-214-045 | SEX AND THE CITY: Out of the Frying Pan | Home Box Office, Inc. |
| PA 1-222-896 | SEX AND THE CITY: The Cold War | Home Box Office, Inc. |
| PA 1-222-887 | SEX AND THE CITY: Splat! | Home Box Office, Inc. |

| PA 1-222-894 | SEX AND THE CITY: An American Girl in Paris (Part Une) | Home Box Office, Inc. |
|---|---|---|
| PA 1-222-895 | SEX AND THE CITY: An American Girl in Paris (Part Deux) | Home Box Office, Inc. |
| | THE BIG BANG THEORY: Season One | |
| PA 1-795-517 | THE BIG BANG THEORY: Pilot | Warner Bros. Entertainment Inc. |
| PA 1-799-964 | THE BIG BANG THEORY: The Big Bran Hypothesis | Warner Bros. Entertainment Inc. |
| PA 1-799-962 | THE BIG BANG THEORY: The Fuzzy Boots Corollary | Warner Bros. Entertainment Inc. |
| PA 1-799-893 | THE BIG BANG THEORY: The Luminous Fish Effect | Warner Bros. Entertainment Inc. |
| PA 1-799-876 | THE BIG BANG THEORY: The Hamburger Postulate | Warner Bros. Entertainment Inc. |
| PA 1-799-894 | THE BIG BANG THEORY: The Middle Earth Paradigm | Warner Bros. Entertainment Inc. |
| PA 1-799-868 | THE BIG BANG THEORY: The Dumpling Paradox | Warner Bros. Entertainment Inc. |
| PA 1-799-872 | THE BIG BANG THEORY: The Grasshopper Experiment | Warner Bros. Entertainment Inc. |
| PA 1-799-890 | THE BIG BANG THEORY: The Cooper-Hofstadter Polarization | Warner Bros. Entertainment Inc. |
| PA 1-800-073 | THE BIG BANG THEORY: The Loobenfeld Decay | Warner Bros. Entertainment Inc. |
| PA 1-799-897 | THE BIG BANG THEORY: The Pancake Batter Anomaly | Warner Bros. Entertainment Inc. |
| PA 1-799-875 | THE BIG BANG THEORY: The Jerusalem Duality | Warner Bros. Entertainment Inc. |
| PA 1-799-899 | THE BIG BANG THEORY: The Bat Jar Conjecture | Warner Bros. Entertainment Inc. |
| PA 1-799-884 | THE BIG BANG THEORY: The Nerdvana Annihilation | Warner Bros. Entertainment Inc. |
| PA 1-799-886 | THE BIG BANG THEORY: The Pork Chop Indeterminacy | Warner Bros. Entertainment Inc. |
| PA 1-799-887 | THE BIG BANG THEORY: The Peanut Reaction | Warner Bros. Entertainment Inc. |
| PA 1-799-865 | THE BIG BANG THEORY: The Tangerine Factor | Warner Bros. Entertainment Inc. |
| | THE BIG BANG THEORY: Season Two | |

| | | |
|---|---|---|
| PA 1-696-748 | THE BIG BANG THEORY: The Vartabedian Conundrum | Warner Bros. Entertainment Inc. |
| PA 1-696-743 | THE BIG BANG THEORY: The Euclid Alternative | Warner Bros. Entertainment Inc. |
| PA 1-696-733 | THE BIG BANG THEORY: The Cooper-Nowitzki Theorem | Warner Bros. Entertainment Inc. |
| PA 1-696-749 | THE BIG BANG THEORY: The Killer Robot Instability | Warner Bros. Entertainment Inc. |
| PA 1-696-751 | THE BIG BANG THEORY: The Dead Hooker Juxtaposition | Warner Bros. Entertainment Inc. |
| PA 1-696-752 | THE BIG BANG THEORY: The Bath Item Gift Hypothesis | Warner Bros. Entertainment Inc. |
| PA 1-696-753 | THE BIG BANG THEORY: The Terminator Decoupling | Warner Bros. Entertainment Inc. |
| PA 1-696-755 | THE BIG BANG THEORY: The Lizard-Spock Expansion | Warner Bros. Entertainment Inc. |
| PA 1-696-756 | THE BIG BANG THEORY: The Griffin Equivalency | Warner Bros. Entertainment Inc. |
| PA 1-696-723 | THE BIG BANG THEORY: The Hofstadter Isotope | Warner Bros. Entertainment Inc. |
| PA 1-696-719 | THE BIG BANG THEORY: The Work Song Nanocluster | Warner Bros. Entertainment Inc. |
| PA 1-696-724 | THE BIG BANG THEORY: The Cushion Saturation | Warner Bros. Entertainment Inc. |
| PA 1-696-726 | THE BIG BANG THEORY: The Friendship Algorithm | Warner Bros. Entertainment Inc. |
| PA 1-696-727 | THE BIG BANG THEORY: The Monopolar Expedition | Warner Bros. Entertainment Inc. |
| PA 1-696-730 | THE BIG BANG THEORY: The Financial Permeability | Warner Bros. Entertainment Inc. |
| PA 1-696-734 | THE BIG BANG THEORY: The Barbarian Sublimation | Warner Bros. Entertainment Inc. |
| PA 1-696-745 | THE BIG BANG THEORY: The Vegas Renormailization | Warner Bros. Entertainment Inc. |
| PA 1-696-746 | THE BIG BANG THEORY: The Classified Materials | Warner Bros. Entertainment Inc. |
| PA 1-696-757 | THE BIG BANG THEORY: The Codpiece Topology | Warner Bros. Entertainment Inc. |
| PA 1-696-758 | THE BIG BANG THEORY: The Panty Pinata Polarization | Warner Bros. Entertainment Inc. |

| PA 1-696-761 | THE BIG BANG THEORY: The Bad Fish Paradigm | Warner Bros. Entertainment Inc. |
|---|---|---|
| PA 1-696-763 | THE BIG BANG THEORY: The White Asparagus Triangulation | Warner Bros. Entertainment Inc. |
| PA 1-696-765 | THE BIG BANG THEORY: The Maternal Capacitance | Warner Bros. Entertainment Inc. |
|  | THE BIG BANG THEORY: Season Four |  |
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | Warner Bros. Entertainment Inc. |
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | Warner Bros. Entertainment Inc. |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | Warner Bros. Entertainment Inc. |
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | Warner Bros. Entertainment Inc. |
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | Warner Bros. Entertainment Inc. |
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | Warner Bros. Entertainment Inc. |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | Warner Bros. Entertainment Inc. |
| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | Warner Bros. Entertainment Inc. |
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | Warner Bros. Entertainment Inc. |
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | Warner Bros. Entertainment Inc. |
| PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | Warner Bros. Entertainment Inc. |
| PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | Warner Bros. Entertainment Inc. |
| PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | Warner Bros. Entertainment Inc. |
| PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | Warner Bros. Entertainment Inc. |
| PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | Warner Bros. Entertainment Inc. |
| PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | Warner Bros. Entertainment Inc. |
| PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | Warner Bros. Entertainment Inc. |

| PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | Warner Bros. Entertainment Inc. |
|---|---|---|
| PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | Warner Bros. Entertainment Inc. |
| PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | Warner Bros. Entertainment Inc. |
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | Warner Bros. Entertainment Inc. |
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | Warner Bros. Entertainment Inc. |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | Warner Bros. Entertainment Inc. |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | Warner Bros. Entertainment Inc. |
|  | SOPRANOS, THE: The Complete Second Season |  |
| PA 998-991 | SOPRANOS, THE: Guy Walks Into A Psychiatrist's Office | Home Box Office, Inc.; Samax Inc. |
| PA 998-992 | SOPRANOS, THE: Do Not Resucitate | Home Box Office, Inc.; Samax Inc. |
| PA 998-993 | SOPRANOS, THE: Toodle-F***ing-oo | Home Box Office, Inc.; Samax Inc. |
| PA 998-994 | SOPRANOS, THE:: Commendatori | Home Box Office, Inc.; Samax Inc. |
| PA 998-995 | SOPRANOS, THE: Big Girls Don't Cry | Home Box Office, Inc.; Samax Inc. |
| PA 998-996 | SOPRANOS, THE: The Happy Wanderer | Home Box Office, Inc.; Samax Inc. |
| PA 998-997 | SOPRANOS, THE: D-Girl | Home Box Office, Inc.; Samax Inc. |
| PA 998-998 | SOPRANOS, THE: Full Leather Jacket | Home Box Office, Inc.; Samax Inc. |
| PA 998-999 | SOPRANOS, THE: From Where To Eternity | Home Box Office, Inc.; Samax Inc. |
| PA 999-000 | SOPRANOS, THE: Bust Out | Home Box Office, Inc.; Samax Inc. |
| PA 999-001 | SOPRANOS, THE: House Arrest | Home Box Office, Inc.; Samax Inc. |
| PA 999-002 | SOPRANOS, THE: The Knight In White Satin Armor | Home Box Office, Inc.; Samax Inc. |
| PA 999-003 | SOPRANOS, THE: Funhouse | Home Box Office, Inc.; Samax Inc. |

|  |  |  |
|---|---|---|
|  | THE WIRE: Season One |  |
| PA 1-085-787 | THE WIRE: The Target | Home Box Office, Inc. |
| PA 1-085-788 | THE WIRE: The Detail | Home Box Office, Inc. |
| PA 1-085-789 | THE WIRE: The Buys | Home Box Office, Inc. |
| PA 1-085-790 | THE WIRE: Old Cases | Home Box Office, Inc. |
| PA 1-091-735 | THE WIRE: The Pager | Home Box Office, Inc. |
| PA 1-091-734 | THE WIRE: The Wire | Home Box Office, Inc. |
| PA 1-085-791 | THE WIRE: One Arrest | Home Box Office, Inc. |
| PA 1-112-366 | THE WIRE: Lessons | Home Box Office, Inc. |
| PA 1-112-367 | THE WIRE: Game Day | Home Box Office, Inc. |
| PA 1-085-792 | THE WIRE: The Cost | Home Box Office, Inc. |
| PA 1-085-793 | THE WIRE: The Hunt | Home Box Office, Inc. |
| PA 1-112-891 | THE WIRE: Cleaning Up | Home Box Office, Inc. |
| PA 1-097-171 | THE WIRE: Sentencing | Home Box Office, Inc. |
|  | THE WIRE: Season Two | Home Box Office, Inc. |
| PA 1-136-490 | THE WIRE: Ebb Tide | Home Box Office, Inc. |
| PA 1-148-802 | THE WIRE: Collateral Damage | Home Box Office, Inc. |
| PA 1-194-679 | THE WIRE: Hot Shots | Home Box Office, Inc. |
| PAu2-811-064 | THE WIRE: Hard Cases | Home Box Office, Inc. |
| PAu2-803-274 | THE WIRE: Undertow | Home Box Office, Inc. |
| PA 1-148-601 | THE WIRE: All Prologue | Home Box Office, Inc. |
| PA 1-188-186 | THE WIRE: Backwash | Home Box Office, Inc. |
| PAu2-787-345 | THE WIRE: Duck And Cover | Home Box Office, Inc. |
| PA 1-190-936 | THE WIRE: Stray Sounds | Home Box Office, Inc. |
| PA 1-194-673 | THE WIRE: Storm Warnings | Home Box Office, Inc. |
| PA 1-201-679 | THE WIRE: Bad Dreams | Home Box Office, Inc. |
| PA 1-201-678 | THE WIRE: Port In A Storm | Home Box Office, Inc. |
|  | THE WIRE: Season Three |  |
| PA 1-246-492 | THE WIRE: Time After Time | Home Box Office, Inc. |
| PA 1-246-487 | THE WIRE: All Due Respect | Home Box Office, Inc. |
| PA 1-249-546 | THE WIRE: Dead Soldiers | Home Box Office, Inc. |
| PA 1-249-545 | THE WIRE: Amsterdam | Home Box Office, Inc. |
| PA 1-249-550 | THE WIRE: Straight And True | Home Box Office, Inc. |
| PA 1-249-549 | THE WIRE: Homecoming | Home Box Office, Inc. |
| PA 1-263-206 | THE WIRE: Back Burners | Home Box Office, Inc. |
| PA 1-263-204 | THE WIRE: Moral Midgetry | Home Box Office, Inc. |
| PA 1-263-205 | THE WIRE: Slapstick | Home Box Office, Inc. |
| PA 1-263-201 | THE WIRE: Reformation | Home Box Office, Inc. |

| PA 1-265-461 | THE WIRE: Middle Ground | Home Box Office, Inc. |
| PA 1-265-512 | THE WIRE: Mission Accomplished | Home Box Office, Inc. |
| | THE WIRE: Season Four | |
| PA 1-325-037 | THE WIRE: Boys Of Summer | Home Box Office, Inc. |
| PA 1-325-038 | THE WIRE: Soft Eyes | Home Box Office, Inc. |
| PA 1-325-039 | THE WIRE: Home Rooms | Home Box Office, Inc. |
| PA 1-261-149 | THE WIRE: Refugees | Home Box Office, Inc. |
| PA 1-261-150 | THE WIRE: Alliances | Home Box Office, Inc. |
| PA 1-261-132 | THE WIRE: Margin Of Error | Home Box Office, Inc. |
| PA 1-261-151 | THE WIRE: Unto Others | Home Box Office, Inc. |
| PA 1-261-345 | THE WIRE: Corner Boys | Home Box Office, Inc. |
| PA 1-261-344 | THE WIRE: Know Your Place | Home Box Office, Inc. |
| PA 1-353-972 | THE WIRE: Misgivings | Home Box Office, Inc. |
| PA 1-353-973 | THE WIRE: A New Day | Home Box Office, Inc. |
| PA 1-353-974 | THE WIRE: That's Got His Own | Home Box Office, Inc. |
| PA 1-261-346 | THE WIRE: Final Grades | Home Box Office, Inc. |
| | THE WIRE: Season Five | |
| PA 1-611-976 | THE WIRE: More With Less | Home Box Office, Inc. |
| PA 1-608-341 | THE WIRE: Unconfirmed Reports | Home Box Office, Inc. |
| PA 1-798-349 | THE WIRE: Not For Attribution | Home Box Office, Inc. |
| PA 1-663-138 | THE WIRE: Transitions | Home Box Office, Inc. |
| PA 1-617-062 | THE WIRE: React Quotes | Home Box Office, Inc. |
| PA 1-617-057 | THE WIRE: The Dickenson Aspect | Home Box Office, Inc. |
| PA 1-622-694 | THE WIRE: Took | Home Box Office, Inc. |
| PA 1-622-990 | THE WIRE: Clarifications | Home Box Office, Inc. |
| PA 1-622-995 | THE WIRE: Late Editions | Home Box Office, Inc. |
| PA 1-622-993 | THE WIRE: -30- | Home Box Office, Inc. |
| | TRUE BLOOD: Season Four | |
| PA 1-747-825 | TRUE BLOOD:: She's Not There | Home Box Office, Inc. |
| PA 1-747-826 | TRUE BLOOD: You Smell Like Dinner | Home Box Office, Inc. |
| PA 1-748-869 | TRUE BLOOD: If You Love Me, Why Am I Dyin? | Home Box Office, Inc. |
| PA 1-795-196 | TRUE BLOOD: I'm Alive And On Fire | Home Box Office, Inc. |
| PA 1-795-199 | TRUE BLOOD: ME And The Devil | Home Box Office, Inc. |
| PA 1-751-681 | TRUE BLOOD: I Wish I Was The Moon | Home Box Office, Inc. |
| PA 1-756-282 | TRUE BLOOD: Cold Grey Light Of Dawn | Home Box Office, Inc. |
| PA 1-756-538 | TRUE BLOOD: Spellbound | Home Box Office, Inc. |
| PA 1-756-541 | TRUE BLOOD: Let's Get Out Of Here | Home Box Office, Inc. |
| PA 1-756-540 | TRUE BLOOD:: Burning Down The House | Home Box Office, Inc. |
| PA 1-765-849 | TRUE BLOOD: Soul Of Fire | Home Box Office, Inc. |
| PA 1-765-827 | TRUE BLOOD: And When I Die | Home Box Office, Inc. |

| | | |
|---|---|---|
| | THE CLOSER: Season Three | |
| PA 1-731-485 | THE CLOSER: Homewrecker | Warner Bros. Entertainment Inc. |
| PA 1-733-973 | THE CLOSER: Grave Doubts | Warner Bros. Entertainment Inc. |
| PA 1-735-110 | THE CLOSER: Saving Face | Warner Bros. Entertainment Inc. |
| PA 1-735-112 | THE CLOSER: Ruby | Warner Bros. Entertainment Inc. |
| PA 1-735-113 | THE CLOSER: The Round File | Warner Bros. Entertainment Inc. |
| PA 1-735-124 | THE CLOSER: Dumb Luck | Warner Bros. Entertainment Inc. |
| PA 1-735-126 | THE CLOSER: Four To Eight | Warner Bros. Entertainment Inc. |
| PA 1-733-974 | THE CLOSER: Manhunt | Warner Bros. Entertainment Inc. |
| PA 1-735-127 | THE CLOSER: Blindsided | Warner Bros. Entertainment Inc. |
| PA 1-733-975 | THE CLOSER: Culture Shock | Warner Bros. Entertainment Inc. |
| PA 1-735-128 | THE CLOSER: Lover's Leap | Warner Bros. Entertainment Inc. |
| PA 1-733-976 | THE CLOSER: Til Death Do Us Part One | Warner Bros. Entertainment Inc. |
| PA 1-733-979 | THE CLOSER: Til Death Do Us Part Two | Warner Bros. Entertainment Inc. |
| PA 1-735-129 | THE CLOSER: Next Of Kin Part One | Warner Bros. Entertainment Inc. |
| PA 1-733-980 | THE CLOSER: Next Of Kin Part Two | Warner Bros. Entertainment Inc. |
| | IN TREATMENT: SEASON THREE | |
| PA 1-715-767 | IN TREATMENT: Sunil: Week One | Home Box Office, Inc. |
| PA 1-715-761 | IN TREATMENT: Frances: Week One | Home Box Office, Inc. |
| PA 1-715-759 | IN TREATMENT: Jesse: Week One | Home Box Office, Inc. |
| PA 1-715-760 | IN TREATMENT: Adele: Week One | Home Box Office, Inc. |
| PA 1-715-057 | IN TREATMENT: Sunil: Week Two | Home Box Office, Inc. |
| PA 1-715-051 | IN TREATMENT: Frances: Week Two | Home Box Office, Inc. |
| PA 1-715-056 | IN TREATMENT: Jesse: Week Two | Home Box Office, Inc. |
| PA 1-715-045 | IN TREATMENT: Adele: Week Two | Home Box Office, Inc. |
| PA 1-718-839 | IN TREATMENT: Sunil: Week Three | Home Box Office, Inc. |

| PA 1-718-838 | IN TREATMENT: Frances: Week Three | Home Box Office, Inc. |
|---|---|---|
| PA 1-718-847 | IN TREATMENT: Jesse: Week Three | Home Box Office, Inc. |
| PA 1-718-845 | IN TREATMENT: Adele: Week Three | Home Box Office, Inc. |
| PA 1-718-841 | IN TREATMENT: Sunil: Week Four | Home Box Office, Inc. |
| PA 1-719-472 | IN TREATMENT: Frances: Week Four | Home Box Office, Inc. |
| PA 1-719-471 | IN TREATMENT: Jesse: Week Four | Home Box Office, Inc. |
| PA 1-719-474 | IN TREATMENT: Adele: Week Four | Home Box Office, Inc. |
| PA 1-719-468 | IN TREATMENT: Sunil: Week Five | Home Box Office, Inc. |
| PA 1-719-470 | IN TREATMENT: Frances: Week Five | Home Box Office, Inc. |
| PA 1-719-469 | IN TREATMENT: Jesse: Week Five | Home Box Office, Inc. |
| PA 1-805-663 | IN TREATMENT: Adele: Week Five | Home Box Office, Inc. |
| PA 1-719-724 | IN TREATMENT: Sunil: Week Six | Home Box Office, Inc. |
| PA 1-719-725 | IN TREATMENT: Frances: Week Six | Home Box Office, Inc. |
| PA 1-719-847 | IN TREATMENT: Jesse: Week Six | Home Box Office, Inc. |
| PA 1-719-723 | IN TREATMENT: Adele: Week Six | Home Box Office, Inc. |
| PA 1-721-379 | IN TREATMENT: Sunil: Week Seven | Home Box Office, Inc. |
| PA 1-721-381 | IN TREATMENT: Frances: Week Seven | Home Box Office, Inc. |
| PA 1-721-380 | IN TREATMENT: Jesse: Week Seven | Home Box Office, Inc. |
| PA 1-721-382 | IN TREATMENT: Adele: Week Seven | Home Box Office, Inc. |
| R357013 | Stage Door | RKO Pictures, Inc. |
|  | BORED TO DEATH: Season Two |  |
| PA 1-709-032 | BORED TO DEATH: Escape from the Dungeon! | Home Box Office, Inc. |
| PA 1-704-217 | BORED TO DEATH: Make it Quick, Fitzgerald! | Home Box Office, Inc. |
| PA 1-709-093 | BORED TO DEATH: The Gowanus Canal Has Gonorrhea! | Home Box Office, Inc. |
| PA 1-709-097 | BORED TO DEATH: I've Been Living Like A Demented God! | Home Box Office, Inc. |
| PA 1-709-042 | BORED TO DEATH: Forty-Two Down! | Home Box Office, Inc. |
| PA 1-709-091 | BORED TO DEATH: The Case Of The Grievous Clerical Error! | Home Box Office, Inc. |
| PA 1-709-246 | BORED TO DEATH: Escape from the Castle! | Home Box Office, Inc. |
| PA 1-709-244 | BORED TO DEATH: Super Ray Is Mortal! | Home Box Office, Inc. |
|  | CURB YOUR ENTHUSIASM: SEASON 1 |  |
| PA 1-066-927 | CURB YOUR ENTHUSIASM: The Pants Tent | Home Box Office, Inc. |
| PA 1-066-926 | CURB YOUR ENTHUSIASM: Ted and Mary | Home Box Office, Inc. |
| PA 1-066-925 | CURB YOUR ENTHUSIASM: Porno Gil | Home Box Office, Inc. |
| PA 1-066-924 | CURB YOUR ENTHUSIASM: The Bracelet | Home Box Office, Inc. |
| PA 1-066-922 | CURB YOUR ENTHUSIASM: Interior Decorator | Home Box Office, Inc. |
| PA 1-067-256 | CURB YOUR ENTHUSIASM: The Wire | Home Box Office, Inc. |
| PA 1-067-258 | CURB YOUR ENTHUSIASM: AAMCO | Home Box Office, Inc. |

| PA 1-067-257 | CURB YOUR ENTHUSIASM: Beloved Aunt | Home Box Office, Inc. |
|---|---|---|
| PA 1-067-259 | CURB YOUR ENTHUSIASM: Affirmative Action | Home Box Office, Inc. |
| PA 1-067-252 | CURB YOUR ENTHUSIASM: The Group | Home Box Office, Inc. |
| | CURB YOUR ENTHUSIASM: SEASON 2 | |
| PA 1-065-855 | CURB YOUR ENTHUSIASM: The Car Salesman | Home Box Office, Inc. |
| PA 1-057-208 | CURB YOUR ENTHUSIASM: Thor | Home Box Office, Inc. |
| PA 1-057-209 | CURB YOUR ENTHUSIASM: Trick or Treat | Home Box Office, Inc. |
| PA 1-069-485 | CURB YOUR ENTHUSIASM: The Shrimp Incident | Home Box Office, Inc. |
| PA 1-057-219 | CURB YOUR ENTHUSIASM: The Thong | Home Box Office, Inc. |
| PA 1-069-513 | CURB YOUR ENTHUSIASM: The Acupuncturist | Home Box Office, Inc. |
| PA 1-069-477 | CURB YOUR ENTHUSIASM: The Doll | Home Box Office, Inc. |
| PA 1-069-512 | CURB YOUR ENTHUSIASM: Shaq | Home Box Office, Inc. |
| PA 1-068-668 | CURB YOUR ENTHUSIASM: The Baptism | Home Box Office, Inc. |
| PA 1-068-669 | CURB YOUR ENTHUSIASM: The Massage | Home Box Office, Inc. |
| | THE WEST WING: Season One | |
| PA 1-008-123 | THE WEST WING: Pilot | Warner Bros. Entertainment Inc. |
| PA 999-330 | THE WEST WING: Post Hoc, Ergo Propter Hoc | Warner Bros. Entertainment Inc. |
| PA 999-329 | THE WEST WING: A Proportional Response | Warner Bros. Entertainment Inc. |
| PA 999-328 | THE WEST WING: Five Votes Down | Warner Bros. Entertainment Inc. |
| PA 999-323 | THE WEST WING: The Crackpots and These Women | Warner Bros. Entertainment Inc. |
| PA 999-322 | THE WEST WING: Mr. Willis of Ohio | Warner Bros. Entertainment Inc. |
| PA 1-008-118 | THE WEST WING: State Dinner | Warner Bros. Entertainment Inc. |
| PA 999-321 | THE WEST WING: Enemies | Warner Bros. Entertainment Inc. |
| PA 1-008-124 | THE WEST WING: The Short List | Warner Bros. Entertainment Inc. |
| PA 1-008-120 | THE WEST WING: In Excelsis Deo | Warner Bros. Entertainment Inc. |
| PA 1-008-125 | THE WEST WING: Lord John Marbury | Warner Bros. Entertainment Inc. |

| PA 999-319 | THE WEST WING: He Shall, From Time to Time | Warner Bros. Entertainment Inc. |
|---|---|---|
| PA 1-008-119 | THE WEST WING: Take Out the Trash Day | Warner Bros. Entertainment Inc. |
| PA 1-008-122 | THE WEST WING: Take This Sabbath Day | Warner Bros. Entertainment Inc. |
| PA 1-008-121 | THE WEST WING: Celestial Navigation | Warner Bros. Entertainment Inc. |
| PA 999-318 | THE WEST WING: 20 Hours in L.A. | Warner Bros. Entertainment Inc. |
| PA 999-317 | THE WEST WING: The White House Pro-Am | Warner Bros. Entertainment Inc. |
| PA 999-325 | THE WEST WING: Six Meetings Before Lunch | Warner Bros. Entertainment Inc. |
| PA 999-326 | THE WEST WING: Let Bartlet Be Bartlet | Warner Bros. Entertainment Inc. |
| PA 999-327 | THE WEST WING: Mandatory Minimums | Warner Bros. Entertainment Inc. |
| PA 999-324 | THE WEST WING: Lies, Damn Lies and Statistics | Warner Bros. Entertainment Inc. |
| PA 999-320 | THE WEST WING: What Kind of Day Has It Been | Warner Bros. Entertainment Inc. |
| | THE WEST WING: Season Two | |
| PA 1-078-726 | THE WEST WING: In the Shadow of Two Gunmen: Part I | Warner Bros. Entertainment Inc. |
| PA 1-076-742 | THE WEST WING: In the Shadow of Two Gunmen: Part II | Warner Bros. Entertainment Inc. |
| PA 1-078-727 | THE WEST WING: The Midterms | Warner Bros. Entertainment Inc. |
| PA 1-078-738 | THE WEST WING: In This White House | Warner Bros. Entertainment Inc. |
| PA 1-078-730 | THE WEST WING: And It's Surely to Their Credit | Warner Bros. Entertainment Inc. |
| PA 1-078-728 | THE WEST WING: The Lame Duck Congress | Warner Bros. Entertainment Inc. |
| PA 1-078-741 | THE WEST WING: The Portland Trip | Warner Bros. Entertainment Inc. |
| PA 1-078-732 | THE WEST WING: Shibboleth | Warner Bros. Entertainment Inc. |
| PA 1-078-725 | THE WEST WING: Galileo | Warner Bros. Entertainment Inc. |

| PA 1-078-729 | THE WEST WING: Noel | Warner Bros. Entertainment Inc. |
|---|---|---|
| PA 1-078-731 | THE WEST WING: The Leadership Breakfast | Warner Bros. Entertainment Inc. |
| PA 1-078-740 | THE WEST WING: The Drop In | Warner Bros. Entertainment Inc. |
| PA 1-192-007 | THE WEST WING: Bartlet's Third State of the Union | Warner Bros. Entertainment Inc. |
| PA 1-078-733 | THE WEST WING: The War at Home | Warner Bros. Entertainment Inc. |
| PA 1-078-734 | THE WEST WING: Ellie | Warner Bros. Entertainment Inc. |
| PA 1-078-743 | THE WEST WING: Somebody's Going to Emergency, Somebody's Going to Jail | Warner Bros. Entertainment Inc. |
| PA 1-078-744 | THE WEST WING: The Stackhouse Filibuster | Warner Bros. Entertainment Inc. |
| PA 1-078-746 | THE WEST WING: 17 People | Warner Bros. Entertainment Inc. |
| PA 1-078-736 | THE WEST WING: Bad Moon Rising | Warner Bros. Entertainment Inc. |
| PA 1-078-745 | THE WEST WING: The Fall's Gonna Kill You | Warner Bros. Entertainment Inc. |
| PA 1-078-737 | THE WEST WING: 18th and Potomac | Warner Bros. Entertainment Inc. |
| PA 1-078-735 | THE WEST WING: Two Cathedrals | Warner Bros. Entertainment Inc. |
|  | THE WEST WING: SEASON THREE |  |
| PA 1-110-176 | THE WEST WING: Isaac and Ishmael | Warner Bros. Entertainment Inc. |
| PA 1-110-190 | THE WEST WING: The Special Episode | Warner Bros. Entertainment Inc. |
| PA 1-110-186 | THE WEST WING: Manchester: Part 1 | Warner Bros. Entertainment Inc. |
| PA 1-110-187 | THE WEST WING: Manchester: Part 2 | Warner Bros. Entertainment Inc. |
| PA 1-110-173 | THE WEST WING: Ways and Means | Warner Bros. Entertainment Inc. |
| PA 1-110-174 | THE WEST WING: On the Day Before | Warner Bros. Entertainment Inc. |
| PA 1-110-183 | THE WEST WING: War Crimes | Warner Bros. Entertainment Inc. |

| PA 1-110-182 | THE WEST WING: Gone Quiet | Warner Bros. Entertainment Inc. |
|---|---|---|
| PA 1-110-177 | THE WEST WING: The Indians in the Lobby | Warner Bros. Entertainment Inc. |
| PA 1-110-175 | THE WEST WING: The Women of Qumar | Warner Bros. Entertainment Inc. |
| PA 1-110-168 | THE WEST WING: Bartlet for America | Warner Bros. Entertainment Inc. |
| PA 1-110-188 | THE WEST WING: H. Con-172 | Warner Bros. Entertainment Inc. |
| PA 1-110-181 | THE WEST WING: 100,000 Airplanes | Warner Bros. Entertainment Inc. |
| PA 1-110-180 | THE WEST WING: The Two Bartlets | Warner Bros. Entertainment Inc. |
| PA 1-110-178 | THE WEST WING: Night Five | Warner Bros. Entertainment Inc. |
| PA 1-110-189 | THE WEST WING: Hartsfield's Landing | Warner Bros. Entertainment Inc. |
| PA 1-110-170 | THE WEST WING: Dead Irish Writers | Warner Bros. Entertainment Inc. |
| PA 1-110-185 | THE WEST WING: The U.S. Poet Laureate | Warner Bros. Entertainment Inc. |
| PA 1-110-184 | THE WEST WING: Stirred | Warner Bros. Entertainment Inc. |
| PA 1-110-169 | THE WEST WING: Enemies Foreign and Domestic | Warner Bros. Entertainment Inc. |
| PA 1-110-179 | THE WEST WING: The Black Vera Wang | Warner Bros. Entertainment Inc. |
| PA 1-110-172 | THE WEST WING: We Killed Yamamoto | Warner Bros. Entertainment Inc. |
| PA 1-110-171 | THE WEST WING: Posse Comitatus | Warner Bros. Entertainment Inc. |
|  | THE WEST WING: SEASON 4 |  |
| PA 1-148-943 | THE WEST WING: 20 Hours in America Part 1 | Warner Bros. Entertainment Inc. |
| PA 1-148-944 | THE WEST WING: 20 Hours in America Part 2 | Warner Bros. Entertainment Inc. |
| PA 1-148-945 | THE WEST WING: College Kids | Warner Bros. Entertainment Inc. |
| PA 1-148-946 | THE WEST WING: Red Mass | Warner Bros. Entertainment Inc. |

| PA 1-148-947 | THE WEST WING: Debate Camp | Warner Bros. Entertainment Inc. |
|---|---|---|
| PA 1-148-948 | THE WEST WING: Game On | Warner Bros. Entertainment Inc. |
| PA 1-148-950 | THE WEST WING: Election Night | Warner Bros. Entertainment Inc. |
| PA 1-148-951 | THE WEST WING: Process Stories | Warner Bros. Entertainment Inc. |
| PA 1-148-949 | THE WEST WING: Swiss Diplomacy | Warner Bros. Entertainment Inc. |
| PA 1-148-952 | THE WEST WING: Arctic Radar | Warner Bros. Entertainment Inc. |
| PA 1-148-953 | THE WEST WING: Holy Night | Warner Bros. Entertainment Inc. |
| PA 1-148-954 | THE WEST WING: Guns Not Butter | Warner Bros. Entertainment Inc. |
| PA 1-148-955 | THE WEST WING: The Long Goodbye | Warner Bros. Entertainment Inc. |
| PA 1-148-956 | THE WEST WING: Inauguration: Part 1 | Warner Bros. Entertainment Inc. |
| PA 1-148-957 | THE WEST WING: Inauguration: Part 2- Over There | Warner Bros. Entertainment Inc. |
| PA 1-148-958 | THE WEST WING: The California 47th | Warner Bros. Entertainment Inc. |
| PA 1-148-959 | THE WEST WING: Red Haven's On Fire | Warner Bros. Entertainment Inc. |
| PA 1-148-960 | THE WEST WING: Privateers | Warner Bros. Entertainment Inc. |
| PA 1-148-962 | THE WEST WING: Angel Maintenance | Warner Bros. Entertainment Inc. |
| PA 1-148-961 | THE WEST WING: Evidence of Things Not Seen | Warner Bros. Entertainment Inc. |
| PA 1-148-963 | THE WEST WING: Life on Mars | Warner Bros. Entertainment Inc. |
| PA 1-148-964 | THE WEST WING: Commencement | Warner Bros. Entertainment Inc. |
| PA 1-148-965 | THE WEST WING: Twenty Five | Warner Bros. Entertainment Inc. |
|  | THE WEST WING: SEASON FIVE |  |
| PA 1-291-070 | THE WEST WING: 7A WF 83429 | Warner Bros. Entertainment Inc. |

| PA 1-291-071 | THE WEST WING: The Dogs of War | Warner Bros. Entertainment Inc. |
|---|---|---|
| PA 1-291-072 | THE WEST WING: Jefferson Lives | Warner Bros. Entertainment Inc. |
| PA 1-291-073 | THE WEST WING: Han | Warner Bros. Entertainment Inc. |
| PA 1-291-074 | THE WEST WING: Constituency of One | Warner Bros. Entertainment Inc. |
| PA 1-291-075 | THE WEST WING: Disaster Relief | Warner Bros. Entertainment Inc. |
| PA 1-291-076 | THE WEST WING: Separation of Powers | Warner Bros. Entertainment Inc. |
| PA 1-291-077 | THE WEST WING: Shutdown | Warner Bros. Entertainment Inc. |
| PA 1-291-078 | THE WEST WING: Abu El Banat | Warner Bros. Entertainment Inc. |
| PA 1-291-079 | THE WEST WING: The Stormy Present | Warner Bros. Entertainment Inc. |
| PA 1-291-080 | THE WEST WING: The Benign Prerogative | Warner Bros. Entertainment Inc. |
| PA 1-291-081 | THE WEST WING: Slow News Day | Warner Bros. Entertainment Inc. |
| PA 1-291-082 | THE WEST WING: The Warfare of Genghis Khan | Warner Bros. Entertainment Inc. |
| PA 1-291-083 | THE WEST WING: An Khe | Warner Bros. Entertainment Inc. |
| PA 1-291-084 | THE WEST WING: Full Disclosure | Warner Bros. Entertainment Inc. |
| PA 291-085 | THE WEST WING: Eppur Si Muove | Warner Bros. Entertainment Inc. |
| PA 1-291-086 | THE WEST WING: The Supremes | Warner Bros. Entertainment Inc. |
| PA 1-291-087 | THE WEST WING: Access | Warner Bros. Entertainment Inc. |
| PA 1-291-088 | THE WEST WING: Talking Points | Warner Bros. Entertainment Inc. |
| PA 1-291-091 | THE WEST WING: No Exit | Warner Bros. Entertainment Inc. |
| PA 1-291-089 | THE WEST WING: Gaza | Warner Bros. Entertainment Inc. |

| PA 1-291-090 | THE WEST WING: Memorial Day | Warner Bros. Entertainment Inc. |
|---|---|---|
| | THE WEST WING: SEASON SIX | |
| PA 1-765-880 | THE WEST WING: NSF Thurmont | Warner Bros. Entertainment Inc. |
| PA 1-765-871 | THE WEST WING: The Birnam Wood | Warner Bros. Entertainment Inc. |
| PA 1-765-857 | THE WEST WING: Third Day Story | Warner Bros. Entertainment Inc. |
| PA 1-765-675 | THE WEST WING: Liftoff | Warner Bros. Entertainment Inc. |
| PA 1-765-770 | THE WEST WING: The Hubbert Peak | Warner Bros. Entertainment Inc. |
| PA 1-765-694 | THE WEST WING: The Dover Test | Warner Bros. Entertainment Inc. |
| PA 1-765-764 | THE WEST WING: Change | Warner Bros. Entertainment Inc. |
| PA 1-765-700 | THE WEST WING: In the Room | Warner Bros. Entertainment Inc. |
| PA 1-765-763 | THE WEST WING: Impact Winter | Warner Bros. Entertainment Inc. |
| PA 1-765-665 | THE WEST WING: Faith-Based Initiative | Warner Bros. Entertainment Inc. |
| PA 1-765-791 | THE WEST WING: Opposition Research | Warner Bros. Entertainment Inc. |
| PA 1-765-655 | THE WEST WING: 365 Days | Warner Bros. Entertainment Inc. |
| PA 1-765-797 | THE WEST WING: King Corn | Warner Bros. Entertainment Inc. |
| PA 1-777-436 | THE WEST WING: The Wake Up Call | Warner Bros. Entertainment Inc. |
| PA 1-765-691 | THE WEST WING: Freedonia | Warner Bros. Entertainment Inc. |
| PA 1-765-781 | THE WEST WING: Drought Conditions | Warner Bros. Entertainment Inc. |
| PA 1-765-868 | THE WEST WING: A Good Day | Warner Bros. Entertainment Inc. |
| PA 1-765-861 | THE WEST WING: La Palabra | Warner Bros. Entertainment Inc. |
| PA 1-765-683 | THE WEST WING: Ninety Miles Away | Warner Bros. Entertainment Inc. |

| PA 1-267-465 | THE WEST WING: In God We Trust | Warner Bros. Entertainment Inc. |
|---|---|---|
| PA 1-267-458 | THE WEST WING: Things Fall Apart | Warner Bros. Entertainment Inc. |
| PA 1-267-457 | THE WEST WING: 2162 Votes | Warner Bros. Entertainment Inc. |
| | THE WEST WING: SEASON SEVEN | |
| PA 1-769-538 | THE WEST WING: The Ticket | Warner Bros. Entertainment Inc. |
| PA 1-769-951 | THE WEST WING: The Mommy Problem | Warner Bros. Entertainment Inc. |
| PA 1-769-973 | THE WEST WING: Message of the Week | Warner Bros. Entertainment Inc. |
| PA 1-769-552 | THE WEST WING: Mr. Frost | Warner Bros. Entertainment Inc. |
| PA 1-769-545 | THE WEST WING: Here Today | Warner Bros. Entertainment Inc. |
| PA 1-770-076 | THE WEST WING: The Al Smith Dinner | Warner Bros. Entertainment Inc. |
| PA 1-769-519 | THE WEST WING: The Debate | Warner Bros. Entertainment Inc. |
| PA 1-770-095 | THE WEST WING: Undecideds | Warner Bros. Entertainment Inc. |
| PA 1-769-974 | THE WEST WING: The Wedding | Warner Bros. Entertainment Inc. |
| PA 1-770-943 | THE WEST WING: Running Mates | Warner Bros. Entertainment Inc. |
| PA 1-770-946 | THE WEST WING: Internal Displacement | Warner Bros. Entertainment Inc. |
| PA 1-770-106 | THE WEST WING: Duck and Cover | Warner Bros. Entertainment Inc. |
| PA 1-770-103 | THE WEST WING: The Cold | Warner Bros. Entertainment Inc. |
| PA 1-769-535 | THE WEST WING: Two Weeks Out | Warner Bros. Entertainment Inc. |
| PA 1-769-559 | THE WEST WING: Welcome to Wherever You Are | Warner Bros. Entertainment Inc. |
| PA 1-769-543 | THE WEST WING: Election Day | Warner Bros. Entertainment Inc. |
| PA 1-769-526 | THE WEST WING: Election Day: Part 2 | Warner Bros. Entertainment Inc. |

| PA 1-770-950 | THE WEST WING: Requiem | Warner Bros. Entertainment Inc. |
|---|---|---|
| PA 1-770-908 | THE WEST WING: Transition | Warner Bros. Entertainment Inc. |
| PA 1-770-908 | THE WEST WING: The Last Hurrah | Warner Bros. Entertainment Inc. |
| PA 1-770-077 | THE WEST WING: Institutional Memory | Warner Bros. Entertainment Inc. |
| PA 1-770-906 | THE WEST WING: Tomorrow | Warner Bros. Entertainment Inc. |